IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOSHUA KEITH HURT**                                                                 PLAINTIFF

V.                            CASE NO. 3:24-cv-00002-BSM

**GINA DUNCAN**                                                                       DEFENDANT
*Nurse*

## ORDER

Having reviewed the record carefully, Magistrate Judge Benecia B. Moore's recommended disposition [Doc. No. 11] is adopted.

Joshua Hurt's complaint [Doc. No. 2] is dismissed without prejudice, for failure to state a claim upon which relief may be granted. This dismissal counts as a strike for the purposes of the Prison Litigation Reform Act. 28 U.S.C. § 1915(g). It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 17th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE