IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOSHUA KEITH HURT**　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

V.　　　　　　　　**CASE NO. 3:24-cv-00002-BSM**

**GINA DUNCAN**　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**
*Nurse*

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE